# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kennith King,

Plaintiff(s),

v.

Allbright Construction LLC et al,

Defendant(s).

Case No. 16cv10165
Judge Sheila Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s)

☒ other:  Final judgment is entered against Defendants Allbright Construction, LLC and Scott Allbright, jointly and severally, in the amount of $14,000.00.
.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sheila Finnegan on a motion.

Date:  11/7/2017                                    Thomas G. Bruton, Clerk of Court

                                                    Scott White, Deputy Clerk