## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KENNITH KING and MARVIN SPRUIELL, individually and on behalf of others similarly situated, | ) ) ) | Case No. 16-cv-10165 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| ALLBRIGHT CONSTRUCTION, LLC, d/b/a GREEN DAY CONSTRUCTION, and SCOTT ALLBRIGHT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' RELEASE OF JUDGMENT ORDER DATED NOVEMBER 7, 2017

Plaintiffs/Judgment Creditors Kennith King and Marvin Spruiell and their attorneys Hughes Socol Piers Resnick Dym Ltd., having received on this 1st day of December 2017 the sum of Seven Thousand Dollars ($7,000.00) in full satisfaction and payment of the Judgment Order dated November 7, 2017 (the "Judgment Order") from Defendants/Judgment Debtors Allbright Construction LLC and Scott Allbright, hereby release the Judgment Order against Defendants Allbright Construction LLC and Scott Allbright.

Respectfully submitted,

 /s/ Christopher J. Wilmes
One of the Attorneys for Plaintiffs

Matthew J. Piers (Illinois Bar No. 2206161)
Christopher J. Wilmes (Illinois Bar No. 6287688)
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing Release of Judgment Order with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Bret Rappaport
Bethany N. Schols
Hardt Stern & Kayne PC
2610 Lake Cook Rd., Suite 200
Riverwoods, IL 60015

/s/ Christopher J. Wilmes
One of the Attorneys for Plaintiffs